D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 18 2011 ★

LONG ISLAND OFFICE

| | |
|---|---|
| JEFFERY L. JARVIS,<br><br>PLAINTIFF,<br>vs.<br><br>NORTH AMERICAN GLOBEX FUND, L.P.; NORTHSTAR INTERNATIONAL GROUP, INC.; JAMES M. PEISTER; AND JOHN GEANTASIO,<br><br>DEFENDANTS. | CASE NO. :11-CV-0742 (ADS)(WDW)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT JOHN GEANTASIO** |

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) of the Federal Rules of Civil Procedure and any other applicable rule and/or statute, Plaintiff Jeffrey L. Jarvis ("Jarvis") and Defendant John Geantasio ("Geantasio") by the undersigned, hereby stipulate that the above action shall be dismissed with prejudice solely with respect to Defendant Geantasio. Jarvis and Geantasio shall be responsible for their own court costs and attorneys' fees.

This dismissal does not effect North American Globex Fund, L.P., Northstar International Group, Inc., and James Peister, who remain Defendants in this case.

**IT IS HEREBY STIPULATED AND AGREED**, that signatures by electronic mail or facsimile shall constitute original signatures for purposes of this Stipulation.

Dated: New York, New York
       June 8, 2011

**SO STIPULATED.**

**HAVING SEEN AND AGREED:**

| *[signature]* | *[signature]* |
|---|---|
| Jeffrey B. Hulse, Esq.<br>295 North Country Road<br>Sound Beach, New York 11789<br>Tel: (631) 821-3667<br>Fax: (631) 821-3669<br>jeffreyhulse@verizon.net<br><br>Attorney for Plaintiff, JEFFREY L. JARVIS<br><br>OF COUNSEL<br><br>C. Christopher Muth (OH#0022399)<br>Gregory A. Harrison (OH# 0029814)<br>Matthew S. Arend (OH# 0079688)<br>DINSMORE & SHOHL LLP<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati, Ohio 45202<br>Tel: (513) 977-8200<br>Fax: (513) 977-8141<br>christopher.muth@dinslaw.com<br>greg.harrison@dinslaw.com<br>matthew.arend@dinslaw.com | Sophia Ree, Esq.<br>Anna A. Kornikova, Esq.<br>Landman Corsi Ballaine & Ford P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271<br>Tel: (212) 238-4800<br>Fax: (212) 238-4848<br>sree@lcbf.com<br>akornikova@lcbf.com<br><br>Attorneys for Defendant, JOHN GEANTASIO |

SO ORDERED:

_____
USDJ

1926417_1

*Handwritten:* Pursuant to the Court's individual practices, the parties are directed to re-submit this stipulation setting forth an amended caption. So Ordered.

*[signature]*
U.S.D.J. Arthur D. Spatt
7/18/11

2