UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JEFFERY L. JARVIS,

                                                **ORDER**
                   Plaintiff,                  11-cv-742 (ADS) (WDW)

       -against-

NORTH AMERICAN GLOBEX FUND, L.P.,
NORTHSTAR INTERNATIONAL GROUP, INC.,
and JAMES M. PEISTER,
                    Defendants,

----------------------------------------------------------X

**APPEARANCES:**

**Jeffrey B. Hulse, Esq.**
*Attorneys for the plaintiff*
295 North Country Road
Sound Beach, NY 11789

**NO APPEARANCE**
North American Globex Fund, L.P.
Northstar International Group, Inc.
James M. Peister

**SPATT, District Judge.**

The plaintiff Jeffery L. Jarvis commenced this action on or about February 15, 2011, asserting various causes of action, including fraud, breach of contract, and breach of fiduciary duty. On June 27, 2011, the Court entered a default judgment against the defendants, and referred the matter to United States Magistrate Judge William D. Wall for an inquest as to damages. On September 13, 2011, Judge Wall issued a thorough

Report recommending that the plaintiff be awarded damages in the amount of: (1) $247,165.54 in compensatory damages; (2) $101,020.26 in prejudgment interest; and (3) post-judgment interest to be calculated pursuant to 28 U.S.C. §1961. To date, no objection has been filed to Judge Wall's Report and Recommendation.

In reviewing a report and recommendation, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (citing Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). The Court has reviewed Judge Wall's Report and finds it be persuasive and without any legal or factual errors. There being no objection to Judge Wall's Report, the Court adopts the Report.

For the foregoing reasons, it is hereby:

**ORDERED** that Judge Wall's Report and Recommendation is adopted in its entirety, and it is further

**ORDERED** that the Clerk of the Court is directed to enter a default judgment against the defendants in the amount recommended by Judge Wall; and it is further

**ORDERED** that the Clerk of the Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: Central Islip, New York
September 30, 2011

                                                  */s/ Arthur D. Spatt*
                                                  ARTHUR D. SPATT
                                              United States District Judge