**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JEFFREY L. JARVIS,

               Plaintiff,

       - against -

NORTH AMERICAN GLOBEX FUND, L.P.,
NORTHSTAR INTERNATIONAL GROUP, INC.,
and JAMES M. PEISTER,

               Defendants.

-----------------------------------------------------------------X

        **DEFAULT JUDGMENT**
        CV-11-0742 (ADS)(WDW)

       An Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on September 30, 2011, adopting in its entirety the September 13, 2011 Report and Recommendation of Magistrate Judge William D. Wall, and directing the Clerk of Court to enter default judgment against the defendants in the amount recommended by Judge Wall and to close this case, it is

       **ORDERED AND ADJUDGED** that default judgment is entered in favor of plaintiff and against defendants as follows: $247,165.54 in compensatory damages, $101,020.26 in prejudgment interest, and post judgment interest pursuant to 28 U.S.C. § 1961; and that this case is hereby closed.

Dated:  Central Islip, New York
        October 5, 2011

        DOUGLAS C. PALMER
        CLERK OF THE COURT

      By:    /s/ Catherine Vukovich
            Deputy Clerk